UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>     Plaintiff,<br><br> v.<br><br>TREMBLAY'S BUS CO., LLC,<br><br>     Defendant. | Case No. 1:21-cv-11220 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendant Tremblay's Bus Co., LLC (jointly "the Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted as Exhibit 1 hereto.

On July 28, 2021, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under 42 U.S.C. § 7604(c)(3), the United States has 45 days from receipt of the proposed Consent Decree to complete its review and comment to the Court. On September 13, 2021, 47 days after receipt of the proposed Consent Decree, the United States informed the Parties and the Court that it does not have any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered. A copy of a letter from the United States Department of Justice is submitted as Exhibit 2 hereto.

September 13, 2021                       Respectfully submitted,

                                              COMMONWEALTH OF MASSACHUSETTS

                                              By its attorney,

                                              MAURA HEALEY
                                              ATTORNEY GENERAL

                                              */s/ Brian Clappier*
                                              Brian Clappier (Bar No. 569472)
                                              Turner Smith (Bar No. 684750)
                                                     Assistant Attorneys General
                                              Office of the Attorney General
                                              One Ashburton Place, 18th Floor
                                              Boston, Massachusetts 02108
                                              Tel: (617) 963-2364
                                              Brian.Clappier@mass.gov
                                              Turner.Smith@mass.gov

                                              Tremblay's Bus Co., LLC

                                              By its attorneys,

                                              /s/ Tyler Franklin
                                              Tyler Franklin (Bar No. 684930)
                                              John McGivney (Bar No. 333510)
                                              Rubin and Rudman, LLP
                                              53 State Street
                                              Boston, MA 02109
                                              617-330-7084
                                              jmcgivney@rubinrudman.com
                                              tfranklin@rubinrudman.com

Date: September 13, 2021

<u>CERTIFICATE OF E-SERVICE</u>

      I hereby certify that the parties' Joint Motion, filed electronically through the ECF system with the Court on September 13, 2021, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on September 13, 2021.

                                    */s/Brian Clappier*
                                    Brian Clappier (Bar No. 569472)